# EXHIBIT A

## VITARIS REHABILITATION, LLC

## 20 LARGEST UNSECURED CLAIMS

B4 (Official Form 4) (12/07)

United States Bankruptcy Court
Eastern District of New York

In re  Vitaris Rehabilitation LLC

Case No. _____

Debtor

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bay Plaza Community Center<br>546 Fifth Ave<br>18th Floor<br>New York, NY 10036 | | Trade | | $14,603.86 |
| Advanced MD<br>10876 S Riverfront Pkwy<br>Suite 400<br>S.Jordan UT 84095 | | | | $9,359.38 |
| Bayshore Commons LLC<br>c/o Millbrook Properties<br>42 Bayview Avenue<br>Manhasset NY 11030 | Charles Hirsch<br>516-869-1240<br>Bayshore Commons LLC<br>c/o Millbrook Properties<br>42 Bayview Avenue<br>Manhasset NY 11030 | Trade | | $8,999.36 |
| Abrams and Fensterman LLP<br>1111 Marcus Ave<br>Suite 107<br>Lake Success NY 11042 | Patrick Formato, Esq.<br>516-328-2300<br>Abrams and Fensterman LLP<br>1111 Marcus Ave<br>Suite 107<br>Lake Success NY 11042 | Legal | | $7,590.00 |
| IKON Office Solutions<br>PO Box 41564<br>Philadelphia PA 19101 | Billing Department<br>1-888-456-6457<br>IKON Office Solutions<br>PO Box 41564<br>Philadelphia PA 19101 | Trade | | $7,569.53 |

In re  Vitaris Rehabilitation LLC

Case No. _____

Debtor

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| RJR Realty Group Ltd<br>1500Paerdegat Ave North<br>Brooklyn NY 11236 | Richard Marshel<br>718-241-0500<br>RJR Realty Group Ltd<br>1500Paerdegat Ave North<br>Brooklyn NY 11236 | Trade | | $7,230.00 |
| Construction Technologies<br>425 Broad Hollow Rd<br>Suite 304<br>Melville NY 11747 | Michael Calabria<br>631-396-7777<br>Construction Technologies<br>425 Broad Hollow Rd<br>Suite 304<br>Melville NY 11747 | Trade | | $7,182.21 |
| 5 GEMS<br>225 Bennett Avenue<br>Suite 1J<br>New York, NY 10040 | Ronald Edelstein<br>516-742-2200<br>5 GEMS<br>225 Bennett Avenue<br>Suite 1J<br>New York, NY 10040 | Trade | | $6,800.00 |
| Billing Express<br>5 Walton Street<br>Brooklyn NY 11206 | Joel Friedman<br>718-302-1111<br>Billing Express<br>5 Walton Street<br>Brooklyn NY 11206 | Trade | | $5,906.74 |
| Iron Mountain Secure Shredding<br>PO Box 27128<br>New York NY 10087-7128 | Billing Department<br>1-800-934-3453<br>Iron Mountain Secure Shredding<br>PO Box 27128<br>New York NY 10087-7128 | Trade | | $5,322.53 |
| Verizon - NY<br>PO Box 15124<br>Albany NY 12212-5124 | Billing Department<br><br>Verizon - NY<br>PO Box 15124<br>Albany NY 12212-5124 | Trade | | $2,805.89 |

In re Vitaris Rehabilitation LLC

Case No. _____

Debtor

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bay Shore Moving and Storage<br>One Corporate Drive<br>Hauppauge NY 11788 | Dennis Montera<br>631-231-1313<br>Bay Shore Moving and Storage<br>One Corporate Drive<br>Hauppauge NY 11788 | | | $2,440.50 |
| Farrell Fritz PC<br>1320 RXR Plaza<br>Uniondale NY 11556-1320- | Charles M. Strain Esq.<br><br>Farrell Fritz PC<br>1320 RXR Plaza<br>Uniondale NY 11556-1320- | Legal Services | | $1,591.25 |
| Monster Worldwide Inc<br>PO Box 416803<br>Boston MA 02241-6803 | Lewis Larrabee<br>978-461-8811<br>Monster Worldwide Inc<br>PO Box 416803<br>Boston MA 02241-6803 | Trade | | $1,478.76 |
| WebPT<br>605 East Grant Street<br>Suite 200<br>Phoenix AZ 85004 | Billing Department<br>1-866-221-1870<br>WebPT<br>605 East Grant Street<br>Suite 200<br>Phoenix AZ 85004 | Trade | | $1,207.00 |
| Staples<br>Dept NY<br>PO Box 415256<br>Boston MA 02241-9256 | Billing Department<br>1-888-753-4107<br>Staples<br>Dept NY<br>PO Box 415256<br>Boston MA 02241-9256 | Trade | | $1,184.26 |
| I.L.S.Offset Printing Corp<br>98 Field Street<br>West Babylon,, NY 11704 | Victor Susman<br>631-753-5455<br>I.L.S.Offset Printing Corp<br>98 Field Street<br>West Babylon,, NY 11704 | Trade | | $948.30 |

In re  Vitaris Rehabilitation LLC

                     Debtor

Case No. _____

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| New York Security Exchange-734 PO Box 734 Coram NY 11727 | Belynda J. Westen 631-736-6664 New York Security Exchange-734 PO Box 734 Coram NY 11727 | Trade | | $890.00 |
| City News PO Box 680 662 Main Street New Rochelle NY 10801 | Billing Department 914-636-7400 City News PO Box 680 662 Main Street New Rochelle NY 10801 | Trade | | $850.00 |
| Mediclean Group PO Box 225 Mt. Sinai NY 11766 | Billing Department Mediclean Group PO Box 225 Mt. Sinai NY 11766 | | | $608.31 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Eric Smith, Managing Agent of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _____

Signature: _____

**Eric Smith ,Managing Agent**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# VITARIS REHABILITATION BAY SHORE LLC

# 20 LARGEST UNSECURED CLAIMS

B4 (Official Form 4) (12/07)

United States Bankruptcy Court

Eastern District of New York

In re <u>Vitaris Rehabilitation Bay Shore LLC</u>

Debtor

Case No. _____

Chapter __11__

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bay Plaza Community Center 546 Fifth Avenue 15th Fl. New York, NY 10036 | | Trade | | $14,603.86 |
| Bay Shore Commons LLC c/o Millbrook Properties 42 Bayview Avenue Manhasset NY 11030 | Charles Hirsch 516-869-1240 Bay Shore Commons LLC c/o Millbrook Properties 42 Bayview Avenue Manhasset NY 11030 | Trade | | $8,999.36 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Eric Smith, Managing Agent of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __7/13/11__

Signature: _____

Eric Smith ,Managing Agent
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

VITARIS REHABILITATION BRONX, LLC

20 LARGEST UNSECURED CLAIMS

B4 (Official Form 4) (12/07)

United States Bankruptcy Court
Eastern District of New York

In re  Vitaris Rehabilitation Bronx LLC

Debtor

Case No. _____

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor<br>and complete<br>mailing address<br>including zip<br>code | (2)<br>Name, telephone number and<br>complete mailing address,<br>including zip code, of<br>employee, agent, or department<br>of creditor familiar with<br>claim who may be contacted | (3)<br>Nature of claim<br>(trade debt,<br>bank loan, gov-<br>ernment contract,<br>etc.) | (4)<br>Indicate if claim<br>is contingent,<br>unliquidated,<br>disputed or<br>subject to setoff | (5)<br>Amount of claim<br>[if secured also<br>state value of<br>security] |
|---|---|---|---|---|
| Bay Plaza Community Center<br>546 Fifth Avenue<br>18th Floor<br>New York, NY 10036 | Accounts Payable<br><br>Bay Plaza Community Center<br>546 Fifth Avenue<br>18th Floor<br>New York, NY 10036 | Rent | | $14,603.86 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Eric Smith, Managing Agent of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 7/13/11

Signature: _____

Eric Smith ,Managing Agent
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# VITARIS REHABILITATION COMMACK, LLC

# 20 LARGEST UNSECURED CLAIMS

United States Bankruptcy Court
Eastern District of New York

In re  Vitaris Rehabilitation Commack LLC                                    Case No. _____
                                    Debtor                              Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| We Du Bax LLC<br>763 Larkfield Road<br>Commack NY 11725 | Dr. Thomas Dowling<br>631-462-2225<br>We Du Bax LLC<br>763 Larkfield Road<br>Commack NY 11725 | Rent | | $25,792.77 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Eric Smith, Managing Agent of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  7/13/11                          Signature: _____

Eric Smith ,Managing Agent
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

VITARIS REHABILITATION EAST SIDE, LLC

20 LARGEST UNSECURED CLAIMS

B4 (Official Form 4) (12/07)

United States Bankruptcy Court
Eastern District of New York

In re  Vitaris Rehabilitation East Side LLC _____ ,     Case No. _____
                                    Debtor                           Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 6056 Leasehold Company<br>60 East 56th St, 11th Fl<br>New York, NY 10022 | Roy Lapidus<br>212-372-2170<br>6056 Leasehold Company<br>60 East 56th St, 11th Fl<br>New York, NY 10022 | Rent | DISPUTED | $31,784.71 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Eric Smith, Managing Agent of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  7/13/11                                Signature:  _Eric Smith_

Eric Smith , Managing Agent
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

VITARIS REHABILITATION GARDEN CITY, LLC

20 LARGEST UNSECURED CLAIMS

B4 (Official Form 4) (12/07)

United States Bankruptcy Court
Eastern District of New York

In re  Vitaris Rehabilitation Garden City LLC _____,   Case No. _____

_____ Debtor                                    Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 5 GEMS LLC<br>225 Bennett Avenue<br>Suite 1J<br>New York, NY 10040 | Ronald Edelstein<br>516-742-2200<br>5 GEMS LLC<br>225 Bennett Avenue<br>Suite 1J<br>New York, NY 10040 | Rent | | $6,800.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Eric Smith, Managing Agent of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:   4/13/11 _____          Signature: _____

Eric Smith ,Managing Agent
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

VITARIS REHABILITATION LONG BEACH, LLC

20 LARGEST UNSECURED CLAIMS

United States Bankruptcy Court
Eastern District of New York

In re  Vitaris Rehabilitation Long Beach LLC

_____
Debtor

Case No. _____

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| RJR Realty Group Ltd<br>1500 Paerdegat Ave North<br>Brooklyn, NY 11236 | Richard Marshel<br>718-241-0500<br>RJR Realty Group Ltd<br>1500 Paerdegat Ave North<br>Brooklyn, NY 11236 | Rent | | $7,230.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, , of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  7/13/11

Signature:  _____

ERIC SMITH, MANAGING AGENT
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

VITARIS REHABILITATION MOUNT SINAI, LLC

20 LARGEST UNSECURED CLAIMS

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Eastern District of New York

In re  Vitaris Rehabilitation Mount Sinai LLC

Debtor

Case No.

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Mt. Sinai Shopping Center<br>550 W. Old Country Rd<br>Suite 108<br>Hicksville, NY 11801 | Kenneth Frank<br>516-935-8200<br>Mt. Sinai Shopping Center<br>550 W. Old Country Rd<br>Suite 108<br>Hicksville, NY 11801 | | | $10,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Eric Smith, Managing Agent of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  7/13/11

Signature: _____

Eric Smith ,Managing Agent
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

VITARIS REHABILITATION WEST SIDE, LLC

20 LARGEST UNSECURED CLAIMS

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Eastern District of New York

In re Vitaris Rehabilitation West Side LLC

Debtor

Case No.

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| New Whitehall Apts LLC<br>250 West 100th St<br>New York, NY 10025 | Adam Wartski<br>212-222-9009<br>New Whitehall Apts LLC<br>250 West 100th St<br>New York, NY 10025 | Rent | DISPUTED | $20,609.57 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Eric Smith, Managing Agent of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 7/13/11

Signature:

**Eric Smith ,Managing Agent**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.